**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ROGELIO CRUZ, JR.,<br>Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | 1:26-CV-00188-DAE |
| | § | |
| UNITED STATES DEPARTMENT<br>OF AGRICULTURE, ET AL.,<br>Defendants. | §<br>§<br>§ | |

ORDER ADOPTING REPORT AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendations ("the Report") submitted by United States Magistrate Judge Dustin M. Howell. (Dkt. # 11.) Neither party has objected to the Report. The Court finds this matter suitable for disposition without a hearing. After reviewing the Report, the Court **ADOPTS** Magistrate Judge Howell's recommendations. (Dkt. # 11.)

BACKGROUND

The Court recites the background facts as stated by the Magistrate Judge. (Dkt. # 11.) Plaintiff Rogelio Cruz, Jr. ("Cruz"), proceeding pro se, alleges that the United States Department of Agriculture ("USDA") withdrew one of his disaster-relief loan applications in retaliation for his filing an internal civil-rights complaint against the agency for disability discrimination. (Dkt. # 1 at 10-12.) Cruz sues the USDA, the USDA's Office of the Assistant Secretary for Civil

Rights, the Farm Service Agency, and several individual defendants associated with those agencies (collectively, "Defendants"). (Dkt. # 1 at 1.) Cruz brings claims under Section 504 of the Rehabilitation Act ("RA"), the Administrative Procedure Act ("APA"), the Equal Credit Opportunity Act ("ECOA"), asserts a Bivens claim, and further alleges violations of his due-process and equal-protection rights under the Fifth Amendment. Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971); (Id.)

The case was transferred to this District from the Northern District of New York. (Dkt. # 6.) Because Cruz applied to proceed *in forma pauperis*, the Magistrate Judge was statutorily required to screen the Complaint under 28 U.S.C. § 1915(e). (Dkt. # 2.) Magistrate Judge Howell granted Cruz's application to proceed *in forma pauperis* and denied as moot, Cruz's Motion for Relief Prior to Transfer. (Dkt. # 5.) Magistrate Judge Howell also recommended that service be ordered, for Cruz's APA claims, on the non-individual Defendants and the individual Defendants in their official capacities. (Dkt. # 11 at 1-2, 10.) The Magistrate Judge further recommended that Cruz's RA, ECOA, Bivens, due-process, and equal-protection claims be dismissed with prejudice under 28 U.S.C. § 1915(e). (Dkt. # 11, at 10.) Magistrate Judge Howell filed his Report on April 30, 2026. (Dkt. # 11.) Neither party has filed objections.

## DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusion that Cruz's RA, ECOA, Bivens, due-process, and equal-protection claims fail to state a claim is reasonable and absent of clear error. (Dkt. # 11, at 4.) Therefore, the Court determines that the Magistrate Judge's conclusions and recommendations are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Report and Recommendations by the Magistrate Judge as the opinion of the Court. (Dkt. # 11.) The Clerk of Court is **ORDERED** to issue summons and the United States Marshals to commence service of process upon the non-individual Defendants and the Individual Defendants in their official capacities as to Cruz's APA claim. Cruz's RA, ECOA, Bivens, due-process, and equal-protection claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**DATE**: Austin, Texas, September 16, 2026.

David Alan Ezra
Senior United States District Judge